IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA MRZLAK BRUNDO, Ed.D, | ) | 8:08CV477 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| REV. STEPHEN STILLMUNKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's Memorandum and Order entered on this date, judgment is entered in favor of all Defendants, and against Plaintiff Barbara Mrzlak Brundo, providing that Plaintiff shall take nothing and this case is dismissed with prejudice as to all claims.

In addition, sanctions are imposed against Plaintiff, and are awarded to Defendants for reasonable attorney fees, in the amount of $2,931.50.

June 30, 2009.                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge